# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

September 24, 2015

MEMO TO COUNSEL RE:   Esther Markwordt v. Life Insurance Co. of North America
                                        Civil No. JFM-15-1035

Dear Counsel:

I have reviewed your letter briefs.

I am inclined to believe that plaintiff should be entitled to some discovery.  It is difficult for me to determine, however, from the papers that have been filed whether the discovery sought by plaintiff is proper.  A determination of that issue will have to be made in the normal course of litigation.

The discovery deadline is December 30, 2015.  Plaintiffs are limited to 7 hours of deposition witnesses.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge